

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00184-CV

**IN THE INTEREST OF J.A.R.R.**, J.N.R., and M.A.R., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01005
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's April 21, 2022 Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because they are presumed indigent under Texas Family Code section 107.013(e).

SIGNED September 21, 2022.

_____
Beth Watkins, Justice